**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Rick's Patio, Inc.** | |

| | | | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  RICK'S PATIO POOL & SPA**<br>**DBA  SPA MAX** | |

| | | | |
|---|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-1442951 | |

4. Debtor's address

**Principal place of business**

**1531 Pomona Road**
**Corona, CA 92880**
Number, Street, City, State & ZIP Code

**Riverside**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**1531 Pomona Road Corona, CA 92880**
Number, Street, City, State & ZIP Code

5. Debtor's website (URL)  **www.spamax.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

*RC*

| Debtor | Rick's Patio, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5999

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | Central | When | 8/25/17 | Case number | 6:17-bk-17137-MH |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

| Debtor | Rick's Patio, Inc. | Case number (*if known*) |
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

*RC*

Debtor    **Rick's Patio, Inc.**                                    Case number (*if known*) _____
     Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a **bankruptcy case can result** in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  7, 2018**
            MM / DD / YYYY

X _Richard Joseph Colosimo_                        **Richard Joseph Colosimo**
Signature of authorized representative of debtor        Printed name

Title    **Vice President**

**18. Signature of attorney**

X _____                        Date **March  7, 2018**
Signature of attorney for debtor                            MM / DD / YYYY

**Robert B. Rosenstein 90036**
Printed name

**Rosenstein & Associates**
Firm name

**28600 Mercedes Street**
**Suite 100**
**Temecula, CA 92590**
Number, Street, City, State & ZIP Code

Contact phone   **951-296-3888**      Email address   **robert@thetemeculalawfirm.com**

**90036 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Rick's Patio, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Gold P.O. Box 0001 Los Angeles, CA 90096-8000 | | Credit Card | Unliquidated | | | $7,160.11 |
| Bank of America Mastercard P.O. Box 982238 El Paso, TX 79998-2238 | | Credit Card | Unliquidated Disputed | | | $34,800.00 |
| Broadway Advance LLC 39 Broadway, Suite 930 New York, NY 10006 | | Loan | | | | $153,647.81 |
| CAP CALL, LLC 122 East 42nd St., Suite 2112 New York, NY 10168 | | Loan | Contingent Unliquidated Disputed | | | $211,000.00 |
| Complete Business Solutions Group 141 N. 2nd Street Philadelphia, PA 19106 | | Loan | | | | $235,647.71 |
| Fast Advance Funding, LLC 141 N. 2nd Street Philadelphia, PA 19106 | | Loan | | | | $446,755.51 |
| Fidelity Fire P.O. Box 1243 Redlands, CA 92373 | | Supplier | Contingent Unliquidated Disputed | | | $2,023.99 |
| Four Winds Spa 251 Mayfield Drive Smyrna, TN 37167 | | Supplier | | | | $31,106.32 |

*RC*

Debtor   **Rick's Patio, Inc.**          Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| LPI, Inc.<br>506 Twin Oaks Drive<br>Johnson City, TN 37601 | | Supplier | Unliquidated | | | $193,723.44 |
| Paychex Payroll<br>1420 Iowa Avenue,<br>Suite 100<br>Riverside, CA 92507 | | Payroll | Unliquidated | | | $0.00 |
| Richard and Olena Colosimo<br>1531 Pomona Road<br>Corona, CA 92880 | | Personal Loan | | | | $70,551.00 |
| Yellowstone Capital West LLC<br>30 Broad Street,<br>Suite 14108<br>New York, NY 10004 | | Loan | Contingent<br>Unliquidated<br>Disputed | | | $277,000.00 |

*RC*

### United States Bankruptcy Court
#### Central District of California

In re   **Rick's Patio, Inc.** _____   Case No. _____

_____   Chapter   **11**

                                    Debtor(s)

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Richard Joseph Colosimo**, declare under penalty of perjury that I am the **Vice President** of **Rick's Patio, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **6th** day of March, 2018.

"Whereas, it is in the best interest of this corporation to re-file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Richard Joseph Colosimo, Vice President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the re-filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Richard Joseph Colosimo, Vice President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Richard Joseph Colosimo, Vice President** of this Corporation is authorized and directed to employ **Robert B. Rosenstein 90036**, attorney and the law firm of **Rosenstein & Associates** to represent the corporation in such bankruptcy case."

Date _____**3/7/18**_____        Signed _____

                                      Richard Joseph Colosimo

Resolution of Board of Directors
of
Rick's Patio, Inc.


Whereas, it is in the best interest of this corporation to re-file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Richard Joseph Colosimo, Vice President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the re-filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Richard Joseph Colosimo, Vice President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Richard Joseph Colosimo, Vice President** of this Corporation is authorized and directed to employ **Robert B. Rosenstein 90036**, attorney and the law firm of **Rosenstein & Associates** to represent the corporation in such bankruptcy case.

Date ____3/7/18_____      Signed _~Richard Joseph Colosimo~_____

Date _____      Signed _____

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert B. Rosenstein (SBN: 90036)<br>28600 Mercedes Street<br>Suite 100<br>Temecula, CA 92590<br>Office: 951-296-3888<br>Fax: 951-296-3889<br>Email: robert@thetemeculalawfirm.com | |

☑ *Attorney for: Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Rick's Patio, Inc.<br><br>Debtor, | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11 |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I,    Richard Joseph Colosimo                                      , the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

*[signature]*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, If applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:
   - ☑ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ☐ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*

b.     ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date _____3/7/18_____

By: _____
Signature of Debtor, or attorney for Debtor

Name:    __Richard Joseph Colosimo, Vice President__
Printed name of Debtor, or attorney for
Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# United States Bankruptcy Court
## Central District of California

In re    **Rick's Patio, Inc.**                                    Case No. _____

                          Debtor(s)                Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Olena Colosimo<br>1531 Pomona Road<br>Corona, CA 92880 | Shareholder | 900,000 shares | Common Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 7, 2018** _____        Signature _Richard Joseph Colosimo_____
                                                          Richard Joseph Colosimo

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Richard Joseph Colosimo, Vice President of Rick's Patio Inc.(Debtor), filed Chapter 7 bankruptcy on 01/06/2010; Case #09-40079; Judge: Meredith A. Jury; Central District; Discharged 03/25/2010; Case Closed 05/03/2010. Debtor filed Chapter 11 bankruptcy on 08/25/17; Case #6:17-bk-17137-MH; Judge: Mark Houle; Central District; Case Dismissed 02/27/18.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Richard Joseph Colosimo, Vice President of Rick's Patio Inc.(Debtor), filed Chapter 7 bankruptcy on 01/06/2010; Case #09-40079; Judge: Meredith A. Jury; Central District; Discharged 03/25/2010; Case Closed 05/03/2010. Debtor filed Chapter 11 bankruptcy on 08/25/17; Case #6:17-bk-17137-MH; Judge: Mark Houle; Central District; Case Dismissed 02/27/18.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____Corona_____ , California.

Date: **March 7, 2018**

_Richard Joseph Colosimo_
Richard Joseph Colosimo
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 1                          **F 1015-2.1.STMT.RELATED.CASES**

| Fill in this information to identify the case: |
| --- |
| Debtor name **Rick's Patio, Inc.** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................. $     0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................. $     792,677.18

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................. $     792,677.18

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     783,261.99

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $     0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$     1,836,331.37

4. **Total liabilities** ..................................................................................
   Lines 2 + 3a + 3b     $     2,619,593.36

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Rick's Patio, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 3. | Checking, savings, money market, or financial brokerage accounts *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | Wells Fargo Debtor-In-Possession General Account | Checking | 3500 | $38,686.44 |
| 3.2. | Wells Fargo Debtor-In-Possession Payroll Account | Checking | 3518 | $329.74 |
| 3.3. | Wells Fargo Debtor-In-Possession Tax Account | Checking | 3492 | $30.00 |

| 4. | Other cash equivalents *(Identify all)* | |
|---|---|---|
| 5. | Total of Part 1. | $39,046.18 |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

| 7. | Deposits, including security deposits and utility deposits | |
|---|---|---|
| | Description, including name of holder of deposit | |
| 7.1. | Security deposit | $25,000.00 |

Debtor    **Rick's Patio, Inc.**    Case number *(If known)* _____
_____
Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**    | **$25,000.00** |

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **14,000.00**    -    **0.00**    = ....    **$14,000.00**
face amount    doubtful or uncollectible accounts

12.    **Total of Part 3.**    | **$14,000.00** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    Raw materials | | | | |
| 20.    Work in progress | | | | |
| 21.    Finished goods, including goods held for resale | | | | |
| Floor models of spas and pools | N/A | Unknown | N/A | $700,000.00 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**    | **$700,000.00** |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Rick's Patio, Inc.**    Case number *(if known)* _____
_____
Name

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    Office furniture<br>Office furniture and furnishings | Unknown | N/A | $1,380.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                                            | $1,380.00 |
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2005 Toyota Truck** | Unknown | N/A | $3,500.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Rick's Patio, Inc.**                                            Case number *(if known)* _____
             Name

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)
     Two fork lifts, two floor cleaners, pallet racks
     and a spa dolly**                                    **Unknown**    **N/A**                    **$3,200.00**

51.  **Total of Part 8.**                                                                          | $6,700.00 |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Debtor leases commercial real property located at 1531 Pomona Road, Corona, CA 92880.** | **None** | **$0.00** | **N/A** | **$0.00** |

56.  **Total of Part 9.**                                                                          | $0.00 |
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Rick's Patio, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

| | | |
|---|---|---|
| 71. | **Notes receivable** <br> Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Pre-payment of Rent including CAM** | **$6,551.00** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** <br> Add lines 71 through 77. Copy the total to line 90. | **$6,551.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | Rick's Patio, Inc. | Case number *(If known)* | |
|--------|-------------------|--------------------------|--|
| | Name | | |

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $39,046.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $25,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $14,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $700,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,380.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,700.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $6,551.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $792,677.18 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $792,677.18 |

**Fill in this information to identify the case:**

Debtor name   **Rick's Patio, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **First Home Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Floor models of spas and pools** | $257,858.19 | $700,000.00 |
| **9190 Seminole Blvd.**<br>**Seminole, FL 33772**<br>Creditor's mailing address | | | |
| | Describe the lien<br>**SBA Loan**<br>Is the creditor an insider or related party? | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes<br>Is anyone else liable on this claim? | | |
| | ☐ No | | |
| **Date debt was incurred**<br>**2017** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**5004** | | | |
| Do multiple creditors have an<br>interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |
| ☐ No | ☐ Contingent | | |
| ☑ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☑ Unliquidated<br>☐ Disputed | | |
| **1. Wells Fargo Commercial**<br>**2. First Home Bank** | | | |
| **2.2** **Wells Fargo Commercial**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Floor models of spas and pools** | $525,403.80 | $700,000.00 |
| **P.O. Box 74651**<br>**Chicago, IL 60675-4651**<br>Creditor's mailing address | | | |
| | Describe the lien<br>**Secured Loan for Inventory**<br>Is the creditor an insider or related party? | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes<br>Is anyone else liable on this claim? | | |
| | ☐ No | | |
| **Date debt was incurred**<br>**2017** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**1486** | | | |
| Do multiple creditors have an<br>interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Rick's Patio, Inc.**                                   Case number (if know) _____
          Name

☐ No

■ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative  ■ Unliquidated
priority.                              ☐ Disputed
**Specified on line 2.1**

---

| 2.3 | **Wells Fargo Commercial** | Describe debtor's property that is subject to a lien | $0.00 | $14,000.00 |

| 2.3 | Wells Fargo Commercial | | | |

**Wells Fargo Commercial**
Creditor's Name

Describe debtor's property that is subject to a lien                          $0.00          $14,000.00

**90 days or less: Accounts Receivable due
from prior sales held due to UCC dispute**

**P.O. Box 74651
Chicago, IL 60675-4651**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $783,261.99 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name __Rick's Patio, Inc.__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**American Express Gold**<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000<br>Date(s) debt was incurred _2017_<br>Last 4 digits of account number _1000_ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Credit Card__<br>Is the claim subject to offset? ■ No ☐ Yes | $7,160.11 |
| **3.2** Nonpriority creditor's name and mailing address<br>**Bank of America Mastercard**<br>P.O. Box 982238<br>El Paso, TX 79998-2238<br>Date(s) debt was incurred _2017_<br>Last 4 digits of account number _1260_ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: __Credit Card__<br>Is the claim subject to offset? ■ No ☐ Yes | $34,800.00 |
| **3.3** Nonpriority creditor's name and mailing address<br>**Broadway Advance LLC**<br>39 Broadway, Suite 930<br>New York, NY 10006<br>Date(s) debt was incurred _2017_<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Loan__<br>Is the claim subject to offset? ■ No ☐ Yes | $153,647.81 |
| **3.4** Nonpriority creditor's name and mailing address<br>**California Department of Tax and Fee Administration, Account Info.**<br>Group MIC:29, P.O. Box 942879<br>Sacramento, CA 94279-0029<br>Date(s) debt was incurred _Various_<br>Last 4 digits of account number _0886_ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: __Disputed Audit__<br>Is the claim subject to offset? ■ No ☐ Yes | $94,574.33 |

*RC*

| Debtor | Rick's Patio, Inc. | Case number (if known) | |
|--------|--------------------|------------------------|-|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**California Energy Commission**
Attn: Andrew Salazar
1516 Ninth Street
Sacramento, CA 95814

Date(s) debt was incurred _November 2017_
Last 4 digits of account number _Unknown_

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Penalty_

Is the claim subject to offset? ☑ No ☐ Yes

**$77,500.00**

---

**3.6** | Nonpriority creditor's name and mailing address
**CAP CALL, LLC**
122 East 42nd St., Suite 2112
New York, NY 10168

Date(s) debt was incurred _2017_
Last 4 digits of account number _Unknown_

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Loan_

Is the claim subject to offset? ☑ No ☐ Yes

**$211,000.00**

---

**3.7** | Nonpriority creditor's name and mailing address
**Complete Business Solutions Group**
141 N. 2nd Street
Philadelphia, PA 19106

Date(s) debt was incurred _2016_
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Loan_

Is the claim subject to offset? ☑ No ☐ Yes

**$235,647.71**

---

**3.8** | Nonpriority creditor's name and mailing address
**Fast Advance Funding, LLC**
141 N. 2nd Street
Philadelphia, PA 19106

Date(s) debt was incurred _2017_
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Loan_

Is the claim subject to offset? ☑ No ☐ Yes

**$446,755.51**

---

**3.9** | Nonpriority creditor's name and mailing address
**Fidelity Fire**
P.O. Box 1243
Redlands, CA 92373

Date(s) debt was incurred _2017_
Last 4 digits of account number _Unknown_

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Supplier_

Is the claim subject to offset? ☑ No ☐ Yes

**$2,023.99**

---

**3.10** | Nonpriority creditor's name and mailing address
**Four Winds Spa**
251 Mayfield Drive
Smyrna, TN 37167

Date(s) debt was incurred _2001_
Last 4 digits of account number _Unknown_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Supplier_

Is the claim subject to offset? ☑ No ☐ Yes

**$31,106.32**

---

**3.11** | Nonpriority creditor's name and mailing address
**Franchise Tax Board**
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Date(s) debt was incurred _
Last 4 digits of account number _Unknown_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _Taxes_

Is the claim subject to offset? ☑ No ☐ Yes

**$841.15**

---

Debtor    **Rick's Patio, Inc.**                                                                    Case number (if known)
          Name

| 3.12 | Nonpriority creditor's name and mailing address<br>**Internal Revenue Services**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **Unknown** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Taxes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|
| 3.13 | Nonpriority creditor's name and mailing address<br>**LPI, Inc.**<br>506 Twin Oaks Drive<br>Johnson City, TN 37601<br><br>Date(s) debt was incurred **2017**<br>Last 4 digits of account number **Unknown** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Supplier**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$193,723.44** |
| 3.14 | Nonpriority creditor's name and mailing address<br>**Paychex Payroll**<br>1420 Iowa Avenue, Suite 100<br>Riverside, CA 92507<br><br>Date(s) debt was incurred **2017**<br>Last 4 digits of account number **3001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Payroll**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.15 | Nonpriority creditor's name and mailing address<br>**Richard and Olena Colosimo**<br>1531 Pomona Road<br>Corona, CA 92880<br><br>Date(s) debt was incurred **2018**<br>Last 4 digits of account number **N/A** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Personal Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$70,551.00** |
| 3.16 | Nonpriority creditor's name and mailing address<br>**State Board of Equalization**<br>P.O. Box 942879<br>Sacramento, CA 94279<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **Unknown** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Audit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.17 | Nonpriority creditor's name and mailing address<br>**State Board of Equalization**<br>**Attn: Bankruptcy**<br>P.O. Box 942879<br>Sacramento, CA 94279-7072<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **Unknown** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Taxes**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.18 | Nonpriority creditor's name and mailing address<br>**Yellowstone Capital West LLC**<br>30 Broad Street, Suite 14108<br>New York, NY 10004<br><br>Date(s) debt was incurred **2017**<br>Last 4 digits of account number **Unknown** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$277,000.00** |

**Part 3:**    List Others to Be Notified About Unsecured Claims

| Debtor | Rick's Patio, Inc. | Case number (if known) | |
|--------|-------------------|------------------------|--|
| | Name | | |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|--------------------------------------------------------------------------|------------------------------------------|
| | | |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|--|--|--|--|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,836,331.37 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,836,331.37 |

RC

**Fill in this information to identify the case:**

Debtor name    Rick's Patio, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Multi-Tenant Lease. Debtor is Leasee.** | |
| State the term remaining — **2 years** | **Pomona Corona, LLC** |
| List the contract number of any government contract — **N/A** | **2433 POMONA RD** |
| | **Corona, CA 92880** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Flooring Contract (if not considered a loan)** | |
| State the term remaining | **Wells Fargo Commercial** |
| List the contract number of any government contract | **P.O. Box 74651** |
| | **Chicago, IL 60675-4651** |

**Fill in this information to identify the case:**

Debtor name   Rick's Patio, Inc.

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Olena Colosimo | 1531 Pomona Road<br>Corona, CA 92880<br>Guarantor | Broadway Advance LLC | ☐ D ____<br>■ E/F __3.3__<br>☐ G ____ |
| 2.2 | Olena Colosimo | 1531 Pomona Road<br>Corona, CA 92880<br>Guarantor | Complete Business Solutions Group | ☐ D ____<br>■ E/F __3.7__<br>☐ G ____ |
| 2.3 | Olena Colosimo | 1531 Pomona Road<br>Corona, CA 92880<br>Guarantor | Fast Advance Funding, LLC | ☐ D ____<br>■ E/F __3.8__<br>☐ G ____ |
| 2.4 | Olena Colosimo | 1531 Pomona Road<br>Corona, CA 92880<br>Guarantor | First Home Bank | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Olena Colosimo | 1531 Pomona Road<br>Corona, CA 92880<br>Guarantor | Wells Fargo Commercial | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **Rick's Patio, Inc.** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.6 | Olena Colosimo | 1531 Pomona Road<br>Corona, CA 92880<br>Guarantor on Lease | Pomona Corona, LLC | ☐ D ____<br>☐ E/F ____<br>■ G __2.1__ |
| 2.7 | Richard J.<br>Colosimo | 1531 Pomona Road<br>Corona, CA 92880<br>Guarantor on Lease | Pomona Corona, LLC | ☐ D ____<br>☐ E/F ____<br>■ G __2.1__ |

| Fill in this information to identify the case: |
|---|

Debtor name   **Rick's Patio, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3/7/18___    x _Richard Joseph Colosimo_ (signature)
Signature of individual signing on behalf of debtor

**Richard Joseph Colosimo**
Printed name

**Vice President**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Rick's Patio, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 1/01/2018 to Filing Date | ■ Operating a business<br>☐ Other | $378,985.93 |
| **For prior year:** From 1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other | $1,875,319.90 |
| **For year before that:** From 1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other | $2,225,666.97 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Rick's Patio, Inc.**                                    Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Olena Colosimo** 1531 Pomona Road Corona, CA 92880 **President** | 9/9/16 to 8/9/17 | $5,171.52 | **Reimbursements** |
| 4.2. **Richard Joseph Colosimo** 1531 Pomona Road Corona, CA 92880 **Vice President** | 9/9/16 to 8/9/17 | $6,584.20 | **Reimbursements** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **RICK'S PATIO POOL & SPA DBA SPA MAX Broadway Advance LLC CAP CALL, LLC 11614022017** | Collection | **New York County Courthouse** 60 Centre Street New York, NY 10007 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

Debtor   **Rick's Patio, Inc.**                                    Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rosenstein & Associates, Inc.**<br>**28600 Mercedes St**<br>**Temecula, CA 92590** | | 01/08/2018<br>and<br>02/28/2018 | $50,953.00 |
| | Email or website address<br>**http://www.thetemeculalawfirm.com**<br>**/** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
                                    Best Case Bankruptcy

Debtor    Rick's Patio, Inc.                                            Case number *(if known)* _____

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
|  |  |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
|  |  |  |  |  |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
|  |  |  |  |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

RC

Debtor    Rick's Patio, Inc.                                          Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Wells Fargo Commercial**<br>**P.O. Box 74651**<br>**Chicago, IL 60675-4651** | **1531 Pomona Road**<br>**Corona, CA 92880** | **Some of the inventory may be considered "flooring" inventory on consignment.** | **$525,403.80** |

---

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

### Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **Rick's Patio, Inc.**                                     Case number *(if known)*

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Shafer & MacRae<br>28780 Single Oak Drive, Ste 200<br>Temecula, CA 92591 | 2014 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | Wells Fargo Commercial<br>P.O. Box 74651<br>Chicago, IL 60675-4651 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| Olena Colosimo | 1531 Pomona Road<br>Corona, CA 92880 | President and Shareholder | 100% |

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| Richard Joseph Colosimo | 1531 Pomona Road<br>Corona, CA 92880 | Vice President, CFO and<br>Secretary | None |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in

Debtor   Rick's Patio, Inc. _____    Case number (if known) _____

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 Olena Colosimo<br>1531 Pomona Road<br>Corona, CA 92880 | 1,000.00 | 07/14/2017 | Salary |
| Relationship to debtor<br>President | | | |
| 30.2 Richard Joseph Colosimo<br>1531 Pomona Road<br>Corona, CA 92880 | 1,000.00 | 07/14/2017 | Salary |
| Relationship to debtor<br>Vice President | | | |
| 30.3 Olena Colosimo<br>1531 Pomona Road<br>Corona, CA 92880 | 1,000.00 | 07/28/2017 | Salary |
| Relationship to debtor<br>President | | | |
| 30.4 Richard Joseph Colosimo<br>1531 Pomona Road<br>Corona, CA 92880 | 1,000.00 | 07/28/2017 | Salary |
| Relationship to debtor<br>Vice President | | | |
| 30.5 Olena Colosimo<br>1531 Pomona Road<br>Corona, CA 92880 | 1,829.00 | 08/11/2017 | Salary |
| Relationship to debtor<br>President | | | |
| 30.6 Richard Joseph Colosimo<br>1531 Pomona Road<br>Corona, CA 92880 | 1,649.79 | 08/11/2017 | Salary |
| Relationship to debtor<br>Vice President | | | |

RC

Debtor   Rick's Patio, Inc. _____   Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.7 **Olena Colosimo**<br>**1531 Pomona Road**<br>**Corona, CA 92880** | 9,145.00 | 08/22/2017 | Salary |
| **Relationship to debtor**<br>**President** | | | |
| 30.8 **Richard Joseph Colosimo**<br>**1531 Pomona Road**<br>**Corona, CA 92880** | 6,242.77 | 08/22/2017 | Salary |
| **Relationship to debtor**<br>**Vice President** | | | |
| 30.9 **Olena Colosimo**<br>**1531 Pomona Road**<br>**Corona, CA 92880** | 2,743.50 | 09/26/2017 | Salary |
| **Relationship to debtor**<br>**President** | | | |
| 30.1 **Richard Joseph Colosimo**<br>0. **1531 Pomona Road**<br>**Corona, CA 92880** | 5,487.00 | 09/26/2017 | Salary |
| **Relationship to debtor**<br>**Vice-President** | | | |
| 30.1 **Olena Colosimo**<br>1. **1531 Pomona Road**<br>**Corona, CA 92880** | 1,371.75 | 10/06/2017 | Salary |
| **Relationship to debtor**<br>**President** | | | |
| 30.1 **Richard Joseph Colosimo**<br>2. **1531 Pomona Road**<br>**Corona, CA 92880** | 2,743.50 | 10/06/2017 | Salary |
| **Relationship to debtor**<br>**Vice-President** | | | |
| 30.1 **Olena Colosimo**<br>3. **1531 Pomona Road**<br>**Corona, CA 92880** | 1,371.75 | 10/20/2017 | Salary |
| **Relationship to debtor**<br>**President** | | | |
| 30.1 **Richard Joseph Colosimo**<br>4. **1531 Pomona Road**<br>**Corona, CA 92880** | 2,743.50 | 10/20/2017 | Salary |
| **Relationship to debtor**<br>**Vice-President** | | | |

Debtor  Rick's Patio, Inc.                                    Case number (if known)

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.15. | Olena Colosimo<br>1531 Pomona Road<br>Corona, CA 92880<br><br>Relationship to debtor<br>President | 1,371.75 | 11/03/2017 | Salary |
| 30.16. | Richard Joseph Colosimo<br>1531 Pomona Road<br>Corona, CA 92880<br><br>Relationship to debtor<br>Vice-President | 2,743.50 | 11/03/2017 | Salary |
| 30.17. | Olena Colosimo<br>1531 Pomona Road<br>Corona, CA 92880<br><br>Relationship to debtor<br>President | 1,371.75 | 11/17/2017 | Salary |
| 30.18. | Richard Joseph Colosimo<br>1531 Pomona Road<br>Corona, CA 92880<br><br>Relationship to debtor<br>Vice-President | 2,743.50 | 11/17/2017 | Salary |
| 30.19. | Olena Colosimo<br>1531 Pomona Road<br>Corona, CA 92880<br><br>Relationship to debtor<br>President | 1,371.75 | 12/01/2017 | Salary |
| 30.20. | Richard Joseph Colosimo<br>1531 Pomona Road<br>Corona, CA 92880<br><br>Relationship to debtor<br>Vice-President | 2,743.50 | 12/01/2017 | Salary |
| 30.21. | Olena Colosimo<br>1531 Pomona Road<br>Corona, CA 92880<br><br>Relationship to debtor<br>President | 1,371.75 | 12/29/2017 | Salary |
| 30.22. | Richard Joseph Colosimo<br>1531 Pomona Road<br>Corona, CA 92880<br><br>Relationship to debtor<br>Vice President | 2,743.50 | 12/29/2017 | Salary |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    Rick's Patio, Inc. _____    Case number (if known) _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.23. | Olena Colosimo<br>1531 Pomona Road<br>Corona, CA 92880<br><br>Relationship to debtor<br>President | 1,370.25 | 01/10/2018 | Salary |
| 30.24. | Richard Joseph Colosimo<br>1531 Pomona Road<br>Corona, CA 92880<br><br>Relationship to debtor<br>Vice President | 2,740.50 | 01/10/2018 | Salary |
| 30.25. | Olena Colosimo<br>1531 Pomona Road<br>Corona, CA 92880<br><br>Relationship to debtor<br>President | 1,370.25 | 01/24/2018 | Salary |
| 30.26. | Richard Joseph Colosimo<br>1531 Pomona Road<br>Corona, CA 92880<br><br>Relationship to debtor<br>Vice President | 2,740.50 | 01/24/2018 | Salary |
| 30.27. | Olena Colosimo<br>1531 Pomona Road<br>Corona, CA 92880<br><br>Relationship to debtor<br>President | 1,370.25 | 02/07/2018 | Salary |
| 30.28. | Richard Joseph Colosimo<br>1531 Pomona Road<br>Corona, CA 92880<br><br>Relationship to debtor<br>Vice President | 2,740.50 | 01/24/2018 | Salary |
| 30.29. | Olena Colosimo<br>1531 Pomona Road<br>Corona, CA 92880<br><br>Relationship to debtor<br>President | 1,370.25 | 02/07/2018 | Salary |
| 30.30. | Richard Joseph Colosimo<br>1531 Pomona Road<br>Corona, CA 92880<br><br>Relationship to debtor<br>Vice President | 2,740.50 | 02/07/2018 | Salary |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

RC

Debtor   **Rick's Patio, Inc.** _____   Case number (if known) _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3 1. | **Olena Colosimo**<br>**1531 Pomona Road**<br>**Corona, CA 92880** | 1,370.25 | 02/21/2018 | Salary |
| | Relationship to debtor<br>**President** | | | |
| 30.3 2. | **Richard Joseph Colosimo**<br>**1531 Pomona Road**<br>**Corona, CA 92880** | 2,740.50 | 02/21/2018 | Salary |
| | Relationship to debtor<br>**Vice President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 7, 2018 _____

*[signature]* _____   **Richard Joseph Colosimo**
Signature of individual signing on behalf of the debtor   Printed name

Position or relationship to debtor   **Vice President** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Central District of California

In re **Rick's Patio, Inc.**
_____
Debtor(s)

Case No. _____

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................... $ ........... 0.00

   Prior to the filing of this statement I have received ............................. $ ........... 0.00

   Balance Due ............................................................................................ $ ........... 0.00

2. $ **0.00** of the filing fee has been paid.  (Filing fee is being paid by attorney.)

3. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. Other:  There will be no fees charged to Debtor, Rick's Patio, Inc., up to and including a hearing for approval of the Disclosure Statement. After the hearing on the approval of the Disclosure Statement, Debtor will be billed the normal hourly rate of $350.00 per hour for attorney time and $165.00 per hour for paralegal time and all out of pocket expenses.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____3/7/18_____
Date

**Robert B. Rosenstein (SBN: 90036)**
_Signature of Attorney_
**Rosenstein & Associates**
**28600 Mercedes Street**
**Suite 100**
**Temecula, CA 92590**
**Telephone: 951-296-3888  Fax: 951-296-3889**
robert@thetemeculalawfirm.com
_Name of law firm_

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Robert B. Rosenstein 90036**
**28600 Mercedes Street**
**Suite 100**
**Temecula, CA 92590**
**951-296-3888 Fax: 951-296-3889**
**California State Bar Number: 90036 CA**
**robert@thetemeculalawfirm.com**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*
■  *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

**Rick's Patio, Inc.**

Debtor(s).

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **March 7, 2018**

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **March 7, 2018**

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                          **F 1007-1.MAILING.LIST.VERIFICATION**

Rick's Patio, Inc.
1531 Pomona Road
Corona, CA 92880


Robert B. Rosenstein
Rosenstein & Associates
28600 Mercedes Street
Suite 100
Temecula, CA 92590


American Express Gold
P.O. Box 0001
Los Angeles, CA 90096-8000


Bank of America Mastercard
P.O. Box 982238
El Paso, TX 79998-2238


Broadway Advance LLC
39 Broadway, Suite 930
New York, NY 10006


California Department of Tax and
Fee Administration, Account Info.
Group MIC:29, P.O. Box 942879
Sacramento, CA 94279-0029


California Energy Commission
Attn: Andrew Salazar
1516 Ninth Street
Sacramento, CA 95814


CAP CALL, LLC
122 East 42nd St., Suite 2112
New York, NY 10168

Complete Business Solutions Group
141 N. 2nd Street
Philadelphia, PA 19106


Douglas Robinson, Esq.
RTR Recovery, LLC
122 East 42nd
New York, NY 10168


Edward J. Miller, Esq.
Fabozzi & Miller, APC
41911 Fifth Street, Ste. 200
Temecula, CA 92590


Fast Advance Funding, LLC
141 N. 2nd Street
Philadelphia, PA 19106


Fidelity Fire
P.O. Box 1243
Redlands, CA 92373


First Home Bank
9190 Seminole Blvd.
Seminole, FL 33772


Four Winds Spa
251 Mayfield Drive
Smyrna, TN 37167


Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Services
P.O. Box 7346
Philadelphia, PA 19101-7346


Jaime Lynn DeRensis, Esq.
211 Commerce Street
Suite 800
Nashville, TN 37201


Joshua N. Kastan, Esq.
DKM Law Group LLP
201 Spear Street, Ste. 1100
San Francisco, CA 94105


LPI, Inc.
506 Twin Oaks Drive
Johnson City, TN 37601


Michele Sabo Assayag, Esq.
2915 Red Hill Avenue
Suite A200
Costa Mesa, CA 92626


Norman M. Valz, Esq.
205 Arch Street
2nd Floor
Philadelphia, PA 19106


Olena Colosimo
1531 Pomona Road
Corona, CA 92880


Paychex Payroll
1420 Iowa Avenue, Suite 100
Riverside, CA 92507

Pomona Corona, LLC
2433 POMONA RD
Corona, CA 92880


Renata Bukhman, Esq.
MCA Recovery LLC
17 State Street, Ste. 4000
New York, NY 10004


Richard and Olena Colosimo
1531 Pomona Road
Corona, CA 92880


Richard J. Colosimo
1531 Pomona Road
Corona, CA 92880


Ronald A. Clifford, Esq.
Blakeley LLP
18500 Von Karman Ave, Ste. 530
Irvine, CA 92612


State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279


State Board of Equalization
Attn: Bankruptcy
P.O. Box 942879
Sacramento, CA 94279-7072


Wells Fargo Commercial
P.O. Box 74651
Chicago, IL 60675-4651

Yellowstone Capital West LLC
30 Broad Street, Suite 14108
New York, NY 10004

